UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN F. LEONARDO,<br>    Plaintiff,<br>v.<br>DEPUTY KAIWAI, et al.,<br>    Defendants. | Case No. 19-cv-00685-DMR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkts. 5, 21.

On July 25, 2019, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable and given the following notation: "RTS NIC." Dkt. 16. These acronyms mean "RETURN TO SENDER" and "NOT IN CUSTODY." There is also a yellow return label, which states: "RETURN TO SENDER. NOT DELIVERABLE AS ADDRESSED. UNABLE TO FORWARD." *See id.* To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: September 24, 2019

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOLAN F. LEONARDO,

    Plaintiff,

v.

KAIWAI, et al.,

    Defendants.

Case No. 4:19-cv-00685-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nolan F. Leonardo ID: S687016
1 Moreland Drive
San Bruno, CA 94066

Dated: September 24, 2019

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU